JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR- MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, CONTRACT COMPLIANCE FUND, AND LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br><br>        Plaintiffs,<br><br>  vs.<br><br>GREGORY DEAN WARD, an individual doing business as "TEMPE ELECTRIC,"<br><br>        Defendant. | CASE NO. CV 13-04093 MMM (MRWx)<br><br>JUDGMENT FOR PLAINTIFFS |

On December 20, 2013, plaintiffs filed a motion for the entry of default judgment against defendant Gregory Dean Ward, dba Tempe Electric. On June 25, 2014, the court entered an order granting the motion. Accordingly,

          IT IS ORDERED AND ADJUDGED

1. That plaintiffs recover from defendant $11.554.02 in unpaid contributions, $428.83 in prejudgment interest, $2,099.07 in liquidated damages, and $180.00 in audit fees, or a total of $14,261.92;

2. That plaintiffs recover $8,911.00 in attorneys' fees; and

3. That plaintiffs recover $744.00 in costs;

4. That the judgment bear post-judgment interest at the rate of 0.10%; and

5. That the action be, and it hereby is, dismissed.

DATED: June 25, 2014

                                              MARGARET M. MORROW
                                              UNITED STATES DISTRICT JUDGE